## JOHN HAMILTON v. STATE.

No. A-7880. Opinion Filed March 21, 1931.
(296 Pac. 1116.)

L. F. Robertson, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Woodward county on a charge of selling one-half pint of whisky, and was sentenced to imprisonment in the county jail for a period of 30 days and pay a fine of $100. No brief has been filed in support of the assignment of errors.

The evidence reasonably sustains the verdict and judgment. No new question is presented. No error requiring a reversal is made to appear.

The case is affirmed.